```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                          CASE NO. 06 B 06911
    KENNETH YORK
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

        Debtor
    SSN XXX-XX-6857
```

---
         TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 06/14/06 .

2. The case was converted to Chapter 7 without confirmation, 01/10/2007.

3. The Debtor paid a total of $ 7150.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CITIZENS FIRST NATIONAL | CURRENT MORTG | .00 | .00 | .00 |
| CITIZENS FIRST NATIONAL | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| EUREKA SAVINGS | CURRENT MORTG | .00 | .00 | .00 |
| EUREKA SAVINGS | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| EUREKA SAVINGS | SECURED | .00 | .00 | .00 |
| EUREKA SAVINGS | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| CITIZENS FIRST NAT'L BAN | SECURED | NOT FILED | .00 | 913.26 |
| CITIZENS FIRST NAT'L BAN | SECURED | NOT FILED | .00 | 543.42 |
| CITIZENS FIRST NAT'L BAN | NOTICE ONLY | NOT FILED | .00 | .00 |
| CITIZENS FIRST NAT'L BAN | SECURED | NOT FILED | .00 | 1248.75 |
| SERVICEMASTER DIST | UNSECURED | .00 | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | NOT FILED | .00 | .00 |
| LASALLE COUNTY COLLECTOR | PRIORITY | NOT FILED | .00 | .00 |
| CITIZENS FIRST NAT'L BAN | UNSECURED | NOT FILED | .00 | .00 |
| OTTAWA COMMUNITY HOSPITA | UNSECURED | NOT FILED | .00 | .00 |
| DIRECT TV | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS DEPT REVENUE | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS VALLEY SURGICAL | UNSECURED | NOT FILED | .00 | .00 |
| WHITE MARSH ANDERSON VIC | UNSECURED | NOT FILED | .00 | .00 |
| MEDIACOM | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| NCO FINANCIAL SRV | UNSECURED | NOT FILED | .00 | .00 |
| NEXTEL | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| ORCHARD BANK | UNSECURED | NOT FILED | .00 | .00 |
| RETAIL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| QUEST DIAGNOSTICS | UNSECURED | NOT FILED | .00 | .00 |
| RICHARD SAUNDERS | UNSECURED | NOT FILED | .00 | .00 |

```
SERVICE MASTER            UNSECURED                .00              .00          .00
ZALES                     UNSECURED     NOT FILED                   .00          .00
HEATHER YORK              CHILD SUPPORT NOT FILED                   .00          .00
YORK SERVICES ENT         UNSECURED     NOT FILED                   .00          .00
CITIZENS FIRST NAT'L BAN  UNSECURED     NOT FILED                   .00          .00
        Summary of disbursements:
----------------------------------------------------------------------------------
                   SECURED     PRIORITY    UNSECURED        OTHER        TOTAL
----------------------------------------------------------------------------------
TOTAL CLMS ALLOWED      .00          .00          .00          .00          .00
PRINCIPAL PAID      2705.43          .00          .00          .00      2705.43
INTEREST PAID           .00          .00          .00          .00          .00
TOTAL PAID          2705.43          .00          .00          .00      2705.43
```

The Debtor's attorney, OSTLING & ASSOC             , was allowed $     .00
and was paid $       .00 .

The Trustee received $      45.20 .

Refunds to the Debtor totaled $   4399.37 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 04/16/07                /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE